UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 09 Cr. 476 (FSH) |
| v. | : | CONTINUANCE ORDER |
| DIONICIO RAFAEL CRUZ VALERIO | : | |

This matter having been opened to the Court by defendant Dionicio Rafael Cruz Valerio

(Joseph R. Donahue, Esq., appearing), and Paul J. Fishman, United States Attorney for the District

of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order granting a

continuance of the proceedings in the above-captioned matter, and the defendant being aware that

he has the right to have the matter tried within seventy days of the filing date of the Indictment,

pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived

such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the

following reasons:

1.  Plea negotiations are in progress.  The successful completion of such negotiations may

render trial of this matter unnecessary.

2.  Defendant has consented to the aforementioned continuance.

3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice

served by granting the continuance outweigh the best interests of the public and the defendant in a

speedy trial.

WHEREFORE, it is on this 19th day of January 2009,

ORDERED that the proceedings in the above-captioned matter are continued from

December 3, 2009, through March 3, 2010;

1

IT IS FURTHER ORDERED that the period between December 3, 2009, through

February, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant intends to file motions, his motions

shall be filed no later than March 09, 2010

IT IS FURTHER ORDERED that any opposition by the Government to defendant's

motions shall be filed no later than April 12, 2010

IT IS FURTHER ORDERED that any reply by the defendant to the Government's

opposition shall be filed no later than April 19, 2010

IT IS FURTHER ORDERED that the trial in this matter will commence on

May 11, 2010     .

HONORABLE FAITH S. HOCHBERG
United States District Judge

Requested and Agreed to by:

Joseph B. Donahue, Esq.

Anthony J. Mahajan, AUSA

2