United States District Court
for the District of New Jersey

_____
                                                             :
**UNITED STATES OF AMERICA**                :
                                                             :   Crim. No. 09-476
       Plaintiff                                    :
                                                             :
       vs.                                              :   Order of Reassignment
                                                             :
**DIONICIO RAFAEL CRUZ VALERIO**        :
                                                             :
       Defendant                                :
_____   :


It is on this 26th day of October 2011,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Jose L. Linares.


                                      S/Garrett E. Brown, Jr.
                                    Garrett E. Brown, Jr., Chief Judge
                                    United States District Court